**UNITED STATES of America,**
**Appellee,**

v.

**Brian Michael ROHRICK, Appellant.**

**No. 03–2305.**

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 5, 2004.

Decided March 16, 2004.

Stephanie Johnson Wright, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

John P. Messina, Federal Public Defender's Office, Des Moines, IA, Jane Kelly, Federal Public Defender's Office, Cedar Rapids, IA, for Defendant–Appellant.

Brian Michael Rohrick, Oelwein, IA, pro se.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Brian Rohrick appeals the district court's[1] imposition of a 14–month prison term upon revocation of his supervised release for a felon-in-possession conviction. On appeal, he argues that the district court abused its discretion in imposing additional imprisonment and instead should have imposed inpatient drug treatment or

---

1. The Honorable Robert W. Pratt, United States District Court for the Southern District of Iowa.

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

at least a sentence within the Guidelines suggested range.

After a careful review of the record, we find that the sentence was well below the maximum sentence allowed under 18 U.S.C. § 3583(e)(3) and was not an abuse of discretion. *See United States v. Jasper*, 338 F.3d 865, 867 (8th Cir.2003); *United States v. Rodriguez–Favela*, 337 F.3d 1020, 1021 (8th Cir.2003). Accordingly, we affirm, and we grant counsel's motion to withdraw.